AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 21, 2025
SEAN F. McAVOY, CLERK

| | |
|---|---|
| ALAN ROLAND. *Plaintiff* v. SOCIAL SECURITY ADMINISTRATION *Defendant* | Civil Action No. 2:25-CV-00235-RHW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant's Motion to Dismiss, ECF No. 4, is GRANTED. For the reasons stated in the Order filed at ECF No 7 , Plaintiff's Complaint and the claims therein are DISMISSED with prejudice.
Judgment in favor of Defendant

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   ROBERT H. WHALEY

Date:   11/21/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*